

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00075-CR

| | | |
|---|---|---|
| Angel Ricky Espinoza a/k/a Jose Ricky Angel Espinoza | § | From County Court at Law No. 1 |
| | § | of Parker County (CCL1-13-0555) |
| v. | § | May 28, 2015 |
| | § | Opinion by Justice Walker |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
Justice Sue Walker